*[Handwritten margin note: In view of this report, the important decision[?] issue are hereby [?] as of May 7, 2013. The important documents/docs 2 SEALED. Wolf, D.J.]*

# C|H|O|A|T|E

CHOATE HALL & STEWART LLP

Peter Bryan Moores
pmoores@choate.com
Tel. (617) 248-4089

April 30, 2013

By the ECF System

Clerk's Office for Civil Business
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210
*Attention*: Daniel Hohler

Re: *Erica J. Wilder v. Toyota Financial Services Americas Corporation, et al.*
    *USDC-MA Civil Action No. 10-10365-MLW*

Dear Mr. Hohler:

Defendants Toyota Financial Services Americas Corporation and Toyota Motor Credit Corporation ("Defendants") submit this letter to notify the Court that they will not file a supplemental memorandum concerning the sealing of documents filed in support of their February 17, 2012 showing on jurisdiction, as set forth in the Court's April 22, 2013 Order. As expressed in Defendants' motion and reply brief to seal the documents (Docket Nos. 38 and 40), Defendants sought confidentiality because, in part, no protective order was then in effect governing the use of proprietary information and plaintiff's counsel would not at that time stipulate to a confidential filing. After the motion to seal was filed, the parties eventually agreed to and the Court entered a protective order. As a result, and for the sake of judicial efficiency, Defendants will not pursue the issue further by submitting additional papers. They do not object to unsealing the documents at this time.

Thank you for your efforts in this matter and please let me know if you have any questions.

Sincerely,

*/s/ Peter Bryan Moores*
Peter Bryan Moores

cc: Dr. Walter Jacobs (*via ECF*)

5735607